SPOOR v. BOARD OF SUP'RS OF RIVERSIDE COUNTY et al. (Circuit Court, S. D. California. August 26, 1901.) No. 736. William J. Hunsaker, for complainant. R. H. F. Variel, Otis, Gregg & Hall, and L. Gill, for defendants.

ROSS, Circuit Judge. This is a similar suit to that just disposed of (Town Co. v. Jasper [C. C. A.] 110 Fed. 702), and the views expressed in the foregoing opinion, applied to the evidence given in this cause, require a similar judgment herein. Ordered accordingly.

---

In re RAYMOND. (District Court, E. D. Pennsylvania. September 9, 1901.)

BRADFORD, District Judge. The facts in this case are in all respects similar to those in the case of In re Raymond (D. C.; decided this day) 110 Fed. 155. The application of the petitioner for a discharge must therefore be denied, and the petitioner remanded to custody.